D. H. ARLINE AND OTHERS, *Appellants,* v. G. W. JUDY
    AND A. J. KNIGHT, COPARTNERS, *Appellees.*

This case was decided by Division A.

Appeal from the Circuit Court for Hillsborough County.

*M. G. Gibbons* and *W. F. Himes,* for Plaintiff in Error.

*J. W. Frazier,* for Defendants in Error.

PER CURIAM.—Upon a bill without equity, the Circuit Judge, without notice to the defendants, granted an injunction without bond. He subsequently certified his disqualification by relationship to the complainants.

The order is reversed.